**Order entered December 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01245-CR

**JOSE ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00983-P**

## ORDER

The Court **GRANTS** court reporter Lisabeth L. Kellett December 16, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Kellett to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     ADA BROWN
JUSTICE